IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JOSH TAYLOR, SR.,[1] | § | |
| | § | No. 276, 2019 |
| Respondent Below, | § | |
| Appellant, | § | |
| | § | Court Below: Family Court |
| v. | § | of the State of Delaware |
| | § | |
| DEPARTMENT OF SERVICES FOR | § | File No.   18-11-06TN |
| CHILDREN, YOUTH AND THEIR | § | Petition No.   18-34790 |
| FAMILIES, | § | |
| | § | |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted:   February 5, 2020
Decided:   February 14, 2020

Before **SEITZ**, Chief Justice; **VAUGHN** and **MONTGOMERY-REEVES**, Justices.

# **O R D E R**

This 14th day of February 2020, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Family Court should be affirmed on the basis of and for the reasons assigned by the Family Court in its order dated May 30, 2019.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Family Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

/s/   James T. Vaughn, Jr.
Justice

---

1 The Court previously assigned pseudonyms to the parties pursuant to Supreme Court Rule 7(d).